FILED

11/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0298

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SARAH MARIE STRONG,

Defendant and Appellant.

**ORDER**

Upon consideration of the Appellant's motion to consolidate cases and amend the caption, with good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion to consolidate Cause Nos. DA 21-0298, DA 21-0300, DA 21-0301, DA 21-0302, and DA 21-0303 is GRANTED, and shall be consolidated for the purposes of appeal under Cause No. DA 21-0298 and captioned State of Montana v. Sarah Marie Strong.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2021